UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| LADDIE L. ROEBUCK, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 4:18-CV-1498-SNLJ |
| DALE GLASS, et al., | ) |  |
| Defendants. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file following plaintiff's filing of his amended complaint. After reviewing the amended complaint, the Court will order the Clerk to issue process or cause process to be issued on the amended complaint.

Plaintiff, a pretrial detainee at the St. Louis City Justice Center, filed this action under 42 U.S.C. § 1983 against defendants Dale Glass, St. Louis City Corrections Commissioner; Kristi Walther, Director of Nursing for Corizon Health, LLC; and Corizon Health, LLC. Plaintiff alleges defendants are violating his Eighth Amendment rights in their care and treatment of his serious medical needs, including include diabetes, major depressive disorder, and bipolar disorder.

On September 7, 2018, the Court granted plaintiff's motion for leave to proceed in forma pauperis, and ordered plaintiff to file an amended complaint to name the individual defendants in their personal capacities. Upon careful review, liberally construed, the Court finds that plaintiff's amended complaint survives initial review under 28 U.S.C. § 1915(e), and will order process to be issued on the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue process or cause process to issue upon the amended complaint, pursuant to the service agreement the Court maintains with the St. Louis City Counselor's Office, as to defendant Dale Glass.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue process or cause process to issue upon the amended complaint, pursuant to the service agreement the Court maintains with Corizon, as to defendants Kristi Walther and Corizon Health, LLC.

**IT IS FURTHER ORDERED** that defendants shall respond to plaintiff's motion for preliminary injunction (ECF No. 2) within **ten (10) days** of the date of service of the amended complaint.

Dated this 13th day of September, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE